

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-22-00267-CR

———————————————————

LEAH DANIELLE TIDWELL, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. CR14703

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Birdwell

**MEMORANDUM OPINION**

Appellant Leah Danielle Tidwell appeals her state-jail conviction and sentence. We affirm.

On June 14, 2021, Tidwell pleaded guilty to driving while intoxicated with a child passenger, a state-jail felony. *See* Tex. Penal Code Ann. §§ 12.35, 49.045. The trial court sentenced Tidwell to twenty-four months in state jail, probated for four years, and a $1,500 fine. On August 12, 2022, the State filed a motion to revoke Tidwell's probation, alleging three violations of its terms and conditions.

The State abandoned one of the allegations, and Tidwell pleaded true to the other two allegations. The trial court found that the two allegations were true and sentenced Tidwell to twenty-two months in state jail and no fine. Tidwell filed a notice of appeal and request for court-appointed counsel.

Tidwell's court-appointed appellate attorney has filed a motion to withdraw as counsel and a brief in support of that motion. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's brief and motion meet the requirements of *Anders*, which requires presenting a professional evaluation of the record and demonstrating why there are no arguable grounds for relief. *Id.*, 87 S. Ct. at 1400. Tidwell's counsel provided her with a copy of the *Anders* brief and motion to withdraw, notified her by letter of her right to file a pro se response and to file a petition for discretionary review in the Court of Criminal Appeals, and provided to

her a pre-typed pro se motion for access to the clerk's and reporter's records. Tidwell did not file a pro se response. The State has not filed a response.

We have independently examined the record, as is our duty upon the filing of an *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.); *see also Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988). After carefully reviewing the record, we have determined that the appeal is wholly frivolous and without merit. Our independent review of the record reveals nothing that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006).

We affirm the trial court's judgment and grant counsel's motion to withdraw.

/s/ Wade Birdwell

Wade Birdwell
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 17, 2023